```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MOHAMED RASHED DAOUD AL-'OWHALI,     :
                                     :
                Movant,              :
                                     :   12 Civ. 3331 (KTD)
        -against-                    :
                                     :   98 Cr. 1023 (KTD)
UNITED STATES OF AMERICA             :
                                     :        ORDER
                Respondent.          :
                                     :
------------------------------------X
```

KEVIN THOMAS DUFFY, U.S.D.J.:

It is hereby ordered that the Government's time to respond to Al-'Owhali's Motion to vacate his sentence is extended until August 30, 2012. Movant may file reply papers, if any, within thirty (30) days of the Government's response.

SO ORDERED.

Dated:   New York, New York
         August 15, 2012

                                    _____
                                    KEVIN THOMAS DUFFY, U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 8-16-12]