UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 98 Cr. 1023 (LAK) |
| - against - | : | **NOTICE OF MOTION IN SUPPORT OF DEFENDANT WADIH EL-HAGE'S MOTION TO COMPEL DISCOVERY** |
| USAMA BIN LADEN, et al., | : | |
| WADIH EL-HAGE, | : | |
| Defendant. | : | |

-------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, WADIH EL-HAGE, will move before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for the following relief:

    (a)    to compel discovery in connection with Mr. El-Hage's re-sentencing; and

    (b)    for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
           24 October 2012

   /S/ Joshua L. Dratel
JOSHUA L. DRATEL
DRATEL & MYSLIWIEC
2 Wall Street
3rd floor
New York, New York 10005
(212) 732-0707

SAM A. SCHMIDT
111 Broadway
13th Floor
New York, New York 10006

                                                (212) 346-4666
                                                lawschmidt@aol.com

                                        *Attorneys for Defendant Wadih El-Hage*

To:    CLERK OF THE COURT

        UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF NEW YORK

        ALL DEFENSE COUNSEL