UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MOHAMED RASHED DAOUD AL-'OWHALI,

                Movant,

                                            20-cv-0832(LAK)
-against-                                   ((98-cr-1023 (LAK))

UNITED STATES OF AMERICA,

                Respondent.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to movant's motion [DI 1] no later than June 1, 2020. Defendant shall file his reply, if any, within 60 days of the date that the government files its response.

        SO ORDERED.

Dated:        April 1, 2020

                                                    /s/   Lewis A. Kaplan
                                             _____
                                                    Lewis A. Kaplan
                                            United States District Judge