IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2020

Mohamed Rashed Daoud al-'Owhali,

   Movant,

v.

United States of America,

   Respondent.

Case No.: 20-cv-0832-LAK
Case No.: 98-cr-01023-LAK

## NOTICE OF APPEAL

Comes Now the Movant, Mohamed Rashed Daoud al-'Owhali, and, he Notes his Appeal to the Second Circuit Court of Appeals of the Court's Order denying Certificate of Appealability in this matter (Doc. 6) this __1__ day of __9_____, 2020.

Respectfully Submitted,

_____
Mohamed Rashed Daoud al-'Owhali
#42371-054
USP-Marion
PO Box 1000
Marion, IL 62959

RECEIVED
2020 SEP -9 AM 11 39
CLERK'S OFFICE
U.S. COURT OF APPEALS
COUNTER 2

### CERTIFICATE OF MAILING

I hereby certify that this Notice of Appeal was mailed to the Clerk of the Court, 1st Class Postage Prepaid, this __1__ day of _____9_____, 2020.

_____
Mohamed Rashed Daoud al-'Owhali

## United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 15, 2020
Short Title: Daoud al-'Owhali v. USA

DC Court: 20-cv-832, 98-CR-1023 SDNY

### NOTICE OF UNDER FRAP 4(d) OF TRANSFERRED NOTICE OF APPEAL

The attached Pro se Notice of Appeal was first received in our court on September 9, 2020 and mistakenly sent to the U.S. Court of Appeals for the Second Circuit under FRAP 4(d).

The date the notice was received has been stamped and it is now transmitted for filing with the district court. If a timely notice has been filed already, refilling is not necessary.

Inquiries regarding this case may be directed to 212-857-8500.

cc: SDNY
   Mohamed Rashed Daoud al-Owhali



RECEIVED SEP 17 2020 S.D.N.Y.-APPEALS

Alowhali Mohamed
42371054
United state penitentiary
PO BOX 1000
Marion IL 62959

↔42371-054↔
United States Courthouse
Thurgood Marshell
40 Centre ST
18th Floor
NEW YORK, NY 10007
United States

10007-150299