USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-24-21

AUG 24 2021

JUDGE KAPLAN'S CHAMBERS

In The Name of Allah Most Gracious Most Merciful

FROM: Mohamed al-'Owhali (42371054)
TO: Judge Kaplan
Re: Legal violation relating to force feeding resulting from hunger strike, and relative background

1. I was sentenced in this Court on 10/18/2001 in Case no. 98-cr-1023 (US v. Bin Laden, SDNY).
2. I'm curently in adminstrative detantion in the CMU SHU, in USP Marion, IL.
3. I'm curently on hunger strike, subject to nasogastric involintory feeding daily.
4. page 7 of BoP program statment on hunger strikes includes that "a written report [involuntary feeding] shall be submitted to... § The warden shall provide prompt notification of any involuntary treatment under this program statment to the sentencing judge, with an explanation of the background of and reasons for the treatment."
5. I don't know exactly what the Court's role or authurity is regarding this notificati, but I'm sure there are legal ground for such notification.
6. There are legal violation that took place with the Force feeding, especially on Monday 7/19/2021. And I expect the Court desires to receive accurate information & background regarding the force feeding. And I naturally expect that USP Marion warde Daniel Sproul will not inform the Court that he violated the law. For these reasons, I saw it incumbent upon me to present such facts my self, just as I saw it necessary to present the background & reason for the henge Strike. I belive this will fulfill the gool of notifying the Court of the henger strike. I'm sure the Court wish to know if it has receved false information as this definitely conflicts with pupose of being notified of hunger strike & force feeding
7. on Monday 7/19/2021, 12/9/1442 of Islamic calendar, It was the day of Arafah, this the day Hajj pilgrims stand at the plain of 'Arafat, and those not present fast in observance, abstaining from oral intake of food and drink, from down to dusk. Since I've been force fed begining Thursday 6/30/2021, it would be impossible for me to fast and be force fed that day, but I have the choice of drinking the Ensure volintery in other than the fasting hours, in the same amount fed to me through the tube, and this would not break my hanger strike. I did this previously at ADX for the entirety of Ramadan of 2002.
8. Drinking the Nutritional Suppliment in the same amont force fed to me dosn't violate the hunger strike, wither in Marion or any where else. This is why each morning and each night, Medical personel offer me the opportunity to voluntarily drink the Nutritional Suppliment & with out breaking the hanger strike. This reported in the Medical room immediately prior to each force feeding. Each time, on camera, prior to each feeding the nrse ask me:

② 

- I'm offering you to drink the Nutritional Suppliment voluntairy rather than useing the nasal tube. Do you prefer this?
- Are you aware that use of nasa tube can have dangerus effect such as death if the Ensure mistakenly enters your lungs?
- Are you aware that volitarily drinking the Nutritional Suppliment, dosnot break your hunger strike?

9- For the aformentioned reasons in #8, especially that force feeding is dangerus (for example one of my codefendent in ADX have required intensive care due to errors in force feeding leading to internal bleeding) and expensive and demanding, the operation requiring ten staf, to complete it require reporting after ward it require midical personal two for the operation it self, and one for 90 minet observation, and write after that, and it aqubay time of the leadershep of Medical Unit..., offering the chance to voluntariy drink the Nutritional Suppliment is a disirable altarnative. For medical staff, as well as prison administration. All of this is in addition to the fact that force feeding lead to accompleat lockdown of all inmates in the unit there by freezing all daily activities for hours.

10- This why I informed multiple medical staf of my disirere to drink the Nutritonal suppliment any time befor dawn Monday 7-19, so that I avoid force feeding that day so that I could fast. So they sat an e-mail to the head of the Medical Unit who said there is no problem but desgen is with clinical directer, Dr. pass, Dr. pass email Back that if I was force fed the privious day then I drank the nutrition suppliment that night, there will be no medical need to force feed me, in the next day so I will not be force feed. Medical staff informed me this on saturday 7/17, and the nurse had with him a copy of the e-mail to provide to the lieutenant.

11- on the night of 7/18, I drank the Nutritional Supplime voluntrily

12- On the morning of Monday 7/19, after my medical exam, I was told there will be no force feeding that day, that the lieutenant had been informed of this. But at 8:00 am, the guards informed me that there would be force feeding that day.
I told them that I was fasting and would have to vomit out the Ensure. So extra time was to prepare, and the observation period was all in the medical room, and two medical observers were needed for 90 minutes.

13- After the feeding SHu Lt. c. Brooks told me that if I want to fast or religious fast, I should end my hunge strike.

③

14- More than one staffer informed me that the ~~decision~~ decision to feed me came not from the medical team but from the warden, and that guards were shoked that the warden would go aginst the doctor. Staffers said that lieutenant and the captain all tried to discourage the warden, but he insisted on this.

15- Clearly, the prison adminstration has no grounds for force feeding except for a medical reason. In fact it's not in ~~their~~ their interests to do so because;
- It atracts attention of outside agencies
- It cost money and time
- It keeps inmates loced in there cells, lead to inmate complaints for being loced down for so long.

16- Clearly, this warden used religious activities as a mean of pressuring me to stop my hunger strike. Likewiese, he used my legal work to the same end. On Monday 7-19, the ordered that every thing be removed from my cell, including religious books and the Qurān and legal material even though I was in the medst of filing for Al-Owhali vs. USA (20-3174). All of this to pressure me stop my hunger strike, in violation of RFRA and othe laews.

17- ~~the Courd~~ what ever the legal reason of the notification of the force feeding or treatment, that reason will not be ~~reach~~ achieved until it know the tru about this matter, not least do to the fact that this matter is on going, because there are multiple days of the year I'm religiously encouraged to fast as a muslim, such as 8/19, which corresponds to 1-10-1443 of the Islamic Calender, it considered in Islamic tradition ~~as the to cerobe the day~~ Allah saved Mosess and the Israelites from Pharaoh. So what hapen on 7-19 will possibly repeated again.

18- The use of religious practis and matters] aginst muslims inmates is somthing practised historically at this instuation, and is directly tied to my currant hunger strike, as basis for refering me to the SMU then ADX; two other inmates; Torrek Mehanna and Donald Morgan ~~ex~~ are also on hunger strike for the same reason, we all file OIG litters ~~to the~~ about the matters, I don't have copy of eather.

19- My English is weak so I will delay detailing point 18 so that I can rush to submit this now

20- Again I'm not sure exactly what the court role in this matter, but the court must obtain accurate information about hunger strike and force feedings and relevent background, I belive the court eford to know the tru has a practical effect on halting any legal violation in the process. I belive I've presented sufficiant information to

(4)

To show the Court that it has not obtained accurate information until now regarding this issue.

by:

Mohamed R. Al-'Owhali
42371-054
CMU-USP Marion IL
PO Box 1000
Marion IL, 62959

at 8-17-2021 AC



Mohamed R. Al-'Owhali
42371-054
USP Marion
PoBox 1000
Marion IL, 62959

Special Mail
Lewis A. Kaplan
United States District Judge
United State Courthouse
500 Pearl Street
New York, NY 10007

SAINT LOUIS MO 630
20 AUG 2021 PM 6 L

RECEIVED
AUG 24 2021
JUDGE KAPLAN'S CHAMBERS